AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| **NINE U.S. POSTAL PARCELS LOCATED AT THE WASHINGTON GENERAL MAIL FACILITY, WASHINGTON, DC UNDER RULE 41** | ) ) ) |

Case No. **19-sw-257**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A**

located in the _____ District of _____ **Columbia** _____ , there is now concealed *(identify the person or describe the property to be seized)*:

**CONTRABAND CONTROLLED DRUGS**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. SECTION 841(a)(1) | (Possession with Intent to Distribute a Controlled Substance) |
| 21 U.S.C. SECTION 843(b) | (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

James Ussery, Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ **telephone** _____ *(specify reliable electronic means).*

Date: ____ **7/11/2019** ____

_____
*Judge's signature*

City and state: **Washington, DC** ____

Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  19-sw-257 |
| NINE U.S. POSTAL PARCELS LOCATED AT THE | ) | |
| WASHINGTON GENERAL MAIL FACILITY, | ) | |
| WASHINGTON, DC UNDER RULE 41 | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 25, 2019 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Deborah A. Robinson, U.S. Magistrate Judge _____ .
                                                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   July 11, 2019 _____        _____
                                                                                          *Judge's signature*

City and state:   Washington, DC _____        Deborah A. Robinson, U.S. Magistrate Judge
                                                                                          *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  19-sw-257 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

         I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____            _____

                                                                          *Executing officer's signature*

                                                       _____

                                                                          *Printed name and title*

**Attachment A**
**(19-sw-257)**
*Property to be searched*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (E) 9570 1066 1166 9190 1184 67 | None Provided | 1447 Corcoran St NW Washington DC 20009 |
| 2. | (E) EE 225 252 102 US | Sara Gonzalez 79 Pizarro Ave Rancho Viejo, TX 78575 | Julieta Martinez Eliot on 4th 1001 4th Street Apt 921 Washington, DC 20024 |
| 3. | (E) EE 478 688 901 US | Cindy & Tom Brenneman 1856 Elba Cr Costa Mesa CA 92626 | Tamela Gordon 2613 39th St N.W. #1 Washington, D.C 20007 |
| 4. | (E) EJ 059 428 973 US | Roxann Prindel 11703 55th Ave E Puyallup, WA 98373 | Fairfield Inn 2305 New York Ave NE Washington, DC 20002 Attn: Carla Bench Rm 210 |
| 5. | (E) EE 463 506 531 US | Anthony Nguyen 14103 Delano St Van Nuys, CA 91401 | Shawna Wilson 101 Galveston Pl SW #2 Washington D.C. 20032 |
| 6. | (P) 9405 5368 9784 6931 8386 59 | Elizabeth's Organic Cosmetics 7400 El Cajon Blvd Ste 104 La Mesa CA 91942-7415 | Dave Redon 410 Richardson Pl NW STE B Washington, DC 20001-1934 |
| 7. | (P) 9405 5368 9784 6933 9094 01 | Logo Brand 1071 S La Brea Ave Los Angeles CA 90019-6906 | John Allen 1445 Church St NW Apt 14 Washington DC 20005-1984 |
| 8. | (P) 9505 5141 0488 9189 3316 68 | L. Woods 390 California Street Arcata, Ca 95521 | Keith Stroupe 1100 H St., NW Suite 830 Washington, DC 20005 |

| 9. | (P) 9461 2096 9993 8564 2153 78 | Vintage King Pro Audio 5056 Sunset Blvd Los Angeles CA 90027-5840 | Annie Bruestle 1600 Maryland Ave NE Apt 425 Washington, DC 20002-7666 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF: NINE  U.S. POSTAL PARCELS LOCATED AT THE WASHINGTON GENERAL MAIL FACILITY, WASHINGTON, DC  UNDER RULE 41** | **19-sw-257** |

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**FOR A SEARCH WARRANT FOR US MAIL PARCEL**

Your Affiant, James Ussery, United States Postal Inspector, Washington DC, being

duly sworn, hereby deposes and states as follows:

**I.     Subject Parcels.**

1.     This is an Affidavit submitted in support of an Application for a Search Warrant

for nine (9) subject US Mail Parcel(s), hereinafter "Subject Parcel(s)," or "SP."     These Subject

Parcels are currently located at the Washington General Mail Facility, in Washington, DC, 20066.

The Subject Parcels are specifically identified as follows:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name  and Address |
|---|---|---|---|
| 1. | (E) 9570 1066 1166 9190 1184 67 | None Provided | 1447 Corcoran St NW Washington DC 20009 |
| 2. | (E) EE 225 252 102 US | Sara Gonzalez 79 Pizarro Ave Rancho Viejo, TX 78575 | Julieta Martinez Eliot on 4th 1001 4th Street Apt 921 Washington, DC 20024 |
| 3. | (E) EE 478 688 901 US | Cindy & Tom Brenneman 1856 Elba Cr Costa Mesa CA 92626 | Tamela Gordon 2613 39th St N.W. #1 Washington, D.C 20007 |

1

| 4. | (E) EJ 059 428 973 US | Roxann Prindel<br>11703 55th Ave E<br>Puyallup, WA 98373 | Fairfield Inn<br>2305 New York Ave NE<br>Washington, DC 20002<br>Attn: Carla Bench Rm 210 |
|----|----|----|----|
| 5. | (E) EE 463 506 531 US | Anthony Nguyen<br>14103 Delano St<br>Van Nuys, CA 91401 | Shawna Wilson<br>101 Galveston Pl SW #2<br>Washington D.C. 20032 |
| 6. | (P) 9405 5368 9784 6931 8386 59 | Elizabeth's Organic Cosmetics<br>7400 El Cajon Blvd Ste 104<br>La Mesa CA 91942-7415 | Dave Redon<br>410 Richardson Pl NW STE B<br>Washington, DC 20001-1934 |
| 7. | (P) 9405 5368 9784 6933 9094 01 | Logo Brand<br>1071 S La Brea Ave<br>Los Angeles CA 90019-6906 | John Allen<br>1445 Church St NW Apt 14<br>Washington DC 20005-1984 |
| 8. | (P) 9505 5141 0488 9189 3316 68 | L. Woods<br>390 California Street<br>Arcata, Ca 95521 | Keith Stroupe<br>1100 H St., NW<br>Suite 830<br>Washington, DC 20005 |
| 9. | (P) 9461 2096 9993 8564 2153 78 | Vintage King Pro Audio<br>5056 Sunset Blvd<br>Los Angeles CA 90027-5840 | Annie Bruestle<br>1600 Maryland Ave NE Apt 425<br>Washington, DC 20002-7666 |

## II.    Affiant's Training and Experience

2.      Your Affiant, James Ussery, has been a United States Postal Inspector since July 2014 and has completed 12 weeks of basic investigative training in Potomac, Maryland, which included various aspects of federal law enforcement including the investigation of narcotics-related offenses.  Prior to being a United States Postal Inspector, your Affiant was a Federal Air

2

Marshal for the Federal Air Marshal Service for 5 years, between 2010 and 2014. Prior to being a Federal Air Marshal, your Affiant was a Police Officer with the city of Atlanta between 2006 and 2010. Your affiant has participated in investigations involving possession with intent to distribute and distribution of controlled substances. Your affiant has participated in interdictions, control deliveries, seizures, and search warrants which resulted in criminal arrest and prosecution.  As a result of your Affiant's training and experience, your Affiant is aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the US Mail.

   3.  Based upon my training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many packages that contain narcotics, controlled substances or the proceeds thereof (i.e. US currency).  These factors, more fully detailed below, are used to identify packages requiring further investigation.  In the case of this search warrant, several of these factors were identified for the nine (9) packages, and the packages were alerted to by the drug detection canine(s).  The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

   a. *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the US Postal Service offers Priority Mail Express and Priority Mail.  Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight.  (That deadline is determined at the time of mailing.)  The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at the other end or not.  Customers can track the parcel on line by its distinct Priority Mail Express tracking number.  The weight of the package and the distance traveled are the two

main factors in setting the price.  Priority Mail Express costs more than Priority Mail.  Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is not guaranteed.  Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel.  Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing.  In contrast, the drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card.  Business Priority Mail Express parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds.   Drug packages typically exceed these weights.  Address labels on business parcels are typically typed, whereas those on drug packages are typically hand written.  In your affiant's experience, it is fairly easy to separate out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels.  Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

   b.     *Invalid Sender/Return Address*:  When drugs are shipped through the mail, the senders generally do not want them back.  To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false.  A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street.  The name of the sender is also typically invalid in one of several ways.  Your affiant has seen packages sent by persons with names of celebrities, cartoon characters, or fictional names.  More often a search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

   c.     *Invalid Recipient/Address*:  It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the

receiving address.  This allows the person receiving the package to claim that they did not know about its contents.  Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address.  The intended recipient will then retrieve it from that location and hope to remain anonymous.

   d.   *Location of Sender*:  The fact that a package was sent from narcotics source states such as Arizona, California, Texas, Nevada, Washington, Colorado, Puerto Rico and Florida (among others, including countries such as China, Netherlands, and various African nations)  can also indicate that the parcel contains controlled substances.

   e.   *Smell*:  The odor of cocaine, marijuana, and methamphetamine are distinct, and through experience postal inspectors are familiar with these odors.  On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine.  Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents.  Common masking agents used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

   f.   *Heavy Taping*:  Heavily taped parcels are another factor that will suggest a drug parcel, because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap.  For this reason, your affiant has also observed excessive glue on the flaps of narcotics parcels as well.

   g.   *Click-N-Ship*:  The US Postal Service created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business.  Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings.  They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to

5

track. Drug traffickers often use legitimate business return addresses in states other than California and Arizona as a means to deter detection, as these other states are not usually considered "source" states for controlled substances.  The postage labels are printed/typed, unlike the typical drug related mailing label which is handwritten.

4.      It is your affiant's experience that when these factors are observed, a drug detection K-9 will likely "alert," next to the parcel, indicating that the dog has detected the presence of narcotics.  As a result, these factors become a reliable way to profile the parcels being shipped every day.

5.      The facts contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were related to me by persons with knowledge.  This affidavit contains that information necessary to establish probable cause to support an application for a search warrant. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

**III.      Probable Cause**

6.      The following factors or suspicious characteristics are present in each of the Subject

Parcels:

| Subject Parcel Express or Priority | From Source State: | Weight: | Label: | Senders name associated with address? Yes / No | Recipients name associated with address? Yes / No | Canine Alert? |
|---|---|---|---|---|---|---|
| 1.Express | Yes – CA | .50 ozs | Typed | No, none listed | No, none listed | Drogen |
| 2.Express | Yes – TX | 7 lbs 10.8 ozs | Handwritten | Yes | No/invalid | Hawk |
| 3.Express | Yes – CA | 6 lbs 8 ozs | Handwritten | Yes | No | Hawk |
| 4.Express | Yes –WA | 2 lbs 9 ozs | Handwritten | No | Hotel, cant confirm | Hawk |
| 5.Express | Yes – CA | 8 lbs o ozs | Handwritten | No/invalid | No | Hawk |
| 6.Priority | Yes – CA | 2.4 ozs | Typed | No | No | Drogen |
| 7.Priority | Yes – CA | 2.6 ozs | Typed | No | No | Drogen |
| 8.Priority | Yes – CA | 3 lbs 1.4 ozs | Typed | No | No | Hawk |
| 9.Priority | Yes – CA | 20 lbs 1 oz | Typed | No/invalid | Yes | Hawk |

7.      The suspicious characteristics listed above were identified while the Subject

Parcels were in the mail stream, including the use of law enforcement and other databases to

make determinations about associations between senders/recipients and the addresses listed on

the parcels.  Therefore, on July 10, 2019, the Subject Parcels were removed from the mail

stream, and law enforcement used standard protocol for canine detection to determine whether

there was probable cause that the Subject Parcels contained narcotics.  After being removed from

7

the mail stream, the Subject Parcels were individually placed in a secure area next to several other empty and unused boxes at the Washington General Mail Facility. At that time, narcotic detection canines, Drogen[1] and Hawk[2] were brought forward to scan the group of boxes, which included the individual Subject Parcel and the empty and unused boxes placed around the Subject Parcel.  The handlers for Drogan and Hawk, Detectives Jesse Bailey and Matt Yelverton (Prince George's County, MD Police Department) observed the canines and then informed agents whether the dog alerted on the Subject Parcel.  This process was repeated for each and every Subject Parcel listed above.  As indicated in the chart, the drug detection dog alerted to the presence of narcotics in the Subject Parcels each and every time.

---

[1] "Drogen" was most recently certified in April of 2019 to alert on odors of marijuana (THC), cocaine, "crack" cocaine, heroin, ecstasy (MDMA) and methamphetamine and is trained to ensure his accuracy. Detective Jesse Bailey, Prince George's County, MD Police Department is the handler for "Drogen."

[2] "Hawk" was most recently certified in April of 2019 to alert on odors of marijuana (THC), cocaine, "crack" cocaine, heroin, ecstasy (MDMA) and methamphetamine and is trained to ensure his accuracy. Detective Matt Yelverton Prince George's County, MD Police Department is the handler for "Hawk."

## VI. Conclusion

8.      Your affiant submits that based upon the above indicators reflected in the nine (9)

Subject Parcels described herein, based upon my training and experience, and based upon the alert

of a trained canine, I believe there is probable cause that the above-described Subject Parcels

contain narcotics or controlled substances, and thereby constitute evidence of, and contraband

related to, the possession with intent to distribute controlled substances in violation of 21 U.S.C.

Section 841(a)(1), and the use of a communication facility to facilitate the commission of a federal

drug felony in violation of 21 U.S.C. Section 843(b).

                            Respectfully submitted,


                            James Ussery
                            United States Postal Inspector

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 11, 2019,


_____

Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE

9